**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| AMANDA M. OLIVEIRA, as | ) | |
| Administrator of the Estate of | ) | |
| ELWYN J. CROCKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| BRENDA EDWARDS, TAMMY | ) | |
| GARLAND-GAY, KIEWANNA | ) | |
| HILLS, and ALEECE BROWHER, | ) | |
| each in their Individual Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendants Brenda Edwards, Tammy Garland-Gay, Kiewanna Hills, and Aleece Browher, through counsel, file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendants appear specially to file this notice subject to and without waiving any defenses available under state and federal law, and in support show the following:

1.      On November 30, 2023, Plaintiff filed a civil action in the State Court of Fulton County, Georgia, styled *Amanda M. Oliveira, as Administrator of the Estate of Elwyn J. Crocker, Jr., v. Brenda Edwards, Tammy Garland-Gay, Kiewanna Hills, and Aleece Browher, each in their Individual Capacities*, and having Civil Action No. 23EV007641 (the "Action"). Attached hereto as **Exhibit**

**A** is a copy of all process, pleadings and orders served on Defendants and filed in the Action.

2. The Action seeks money damages for alleged violations of rights under 42 U.S.C. § 1983 for alleged violations of the Fourteenth Amendment to the U.S. Constitution. Plaintiff claims that Defendants' alleged acts or omissions violated the rights of Elwyn J. Crocker, Jr. in connection with alleged physical and mental abuse that occurred as a result Defendants', who were all employees of the Georgia Department of Family and Child Services, alleged failure to provide child protective services to Elwyn J. Crocker, Jr. The Action also includes several counts which purport to assert state law tort claims and other state law claims.

3. The Action is a civil rights case and presents a federal question over which this court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, and may also assert state law claims over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4. The Action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

5. Defendant Brenda Edwards was served with a copy of the summons and complaint on December 1, 2023. Defendant Tammy Garland-Gay was served with a copy of the summons and complaint on December 1, 2023. Defendant Kiewanna Hills was served with a copy of the summons and complaint on

December 5, 2023. Defendant Aleece Browher was served with a copy of the summons and complaint on December 10, 2023. All of the Defendants consent to and join in this removal.

6.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days from receipt by all Defendants of a copy of the summons and complaint.

WHEREFORE, Defendants move that this Notice of Removal be filed, that the Action be removed to and proceed in this Court, and that no further proceedings be had in the Action in the State Court of Fulton County, Georgia.

Respectfully submitted,

Christopher M. Carr          112505
Attorney General

Loretta L. Pinkston-Pope     580385
Deputy Attorney General

Roger A. Chalmers            118720
Senior Assistant Attorney General

/s/ *Kirkland E. Reid*
KIRKLAND E. REID
Georgia Bar No. 525013
J. BENJAMIN FINLEY
Georgia Bar No. 261504
N. NICKOLAS JACKSON
Georgia Bar No. 841433
Special Assistant Attorney General
*Attorneys for Defendants*

- 3 -

**THE FINLEY FIRM, P.C.**
200 13th Street
Columbus, Georgia 31901
Telephone: 706-322-6226
Facsimile: 706-322-6221
KReid@TheFinleyFirm.com
BFinley@TheFinleyFirm.com
NJackson@TheFinleyFirm.com

<u>**CERTIFICATE OF COMPLIANCE**</u>

I certify that the foregoing pleading has been prepared with Times New

Roman, 14-point font, in compliance with L.R. 5.1B.

/s/ *Kirkland E. Reid*
KIRKLAND E. REID

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: NONE

I further certify that I have served by U.S. mail, first class postage prepaid, the following individuals:

Brent J. Savage
Savage & Turner, P.C.
P.O. Box 10600
Savannah, Georgia 31412
T: 912-231-1140
F: 912-232-4212
lhatcher@savagelawfirm.net

This 28th day of December, 2023.

/s/ *Kirkland E. Reid*
KIRKLAND E. REID